

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-18-00121-CV

---

IN RE MUNDRO ROBINSON, RELATOR

---

ORIGINAL PROCEEDING

---

May 22, 2018

## MEMORANDUM OPINION

Before CAMPBELL and PIRTLE and PARKER, JJ.

Relator, Mundro Robinson, appearing pro se, filed a petition for writ of mandamus in this Court.  As explained herein, we dismiss the petition as moot.

In his petition, relator seeks to compel the trial court to act on his "Motion to Vacate Unauthorized Plea and Void Judgment."  Relator recites that his motion has been on file for more than 180 days but has not been considered by the trial court.

Relator's petition was filed on April 17, 2018.  The record before us reflects that on April 19, 2018, the trial court acted on relator's motion by signing an order dismissing it due to lack of jurisdiction.  Accordingly, because relator has received the relief that he requested, we dismiss the petition for writ of mandamus as moot.  *See In re Luna*, 317

S.W.3d 484, 484 (Tex. App.—Amarillo 2010, orig. proceeding) (dismissing petition for writ of mandamus when trial court had ruled on pending motion).

Judy C. Parker
Justice
